LEWIS L. LEACH, Administrator, etc., Respondent, *v.* ZENAS C. LEACH, Appellant.

(Submitted May 28, 1874; decided June 16, 1874.)

*James B. Jenkins* for the appellant.

*Henry Barclay* for the respondent.

Agree to affirm on opinion of PARKER, J., in court below.
All concur.
Judgment affirmed.

---

ANN ELIZA IVES, Administratrix, etc., Respondent, *v.* THE MEMPHIS, EL PASO AND PACIFIC RAILROAD COMPANY, Appellant.

(Argued June 2, 1874; decided June 16, 1874.)

*J. Alfred Davenport* for the appellant.

*George F. Comstock* for the respondent.

Agree to dismiss on opinion of GROVER, J., in *Foot* v. *Lathrop* (41 N. Y., 358).
All concur.
Appeal dismissed.